CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

KELSEY C. DAVIDSON (CABN 322323)
JARED S. BUSZIN (NYBN 5285838)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
     Telephone: (415) 436-6959
     Fax: (415) 436-7027
     kelsey.davidson@usdoj.gov
     jared.buszin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 3:26-CR-00146-TLT** |
| Plaintiff, | **DETENTION ORDER** |
| v. | |
| ELIJAH ARMSTRONG, | |
| Defendant. | |

On March 31, 2026, defendant Elijah Armstrong was charged by Indictment with Conspiracy to Commit Hobbs Act Robbery in violation of 18 U.S.C. § 1951(a), Conspiracy to Commit Kidnapping in violation of 18 U.S.C. § 1201, two counts of Attempted Hobbs Act Robbery in violation of 18 U.S.C. § 1951(a), and two counts of Attempted Kidnapping in violation of 18 U.S.C. § 1201

This matter came before the Court on May 18, 2026, for a detention hearing. The defendant was present and represented by Michael Shepard. Assistant United States Attorney Kelsey C. Davidson appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on

          1

the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required and clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.  Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).  As noted on the record, the Court makes the following findings as the bases for its conclusion: the defendant is a flight risk because he has no ties to the Bay Area, he is facing significant time and thus has every incentive to flee, and he resisted arrest and fled from law enforcement.  The defendant also poses a danger to the community.  He was part of a conspiracy to rob and kidnap at least four individuals using violence.  The scheme was meticulously plotted out and shows a high level of intentionality and planning.  This finding is made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1.     The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.     The defendant be afforded reasonable opportunity for private consultation with counsel; and

3.     On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED:  May 18, 2026

HONORABLE THOMAS S. HIXSON
United States Magistrate Judge