MICHAEL J. SHEPARD (SBN: 91281)
FARMER BROWNSTEIN JAEGER
GOLDSTEIN SIEGEL & SHEPARD LLP
155 Montgomery Street, Suite 301
San Francisco, CA 94104
Telephone: (415) 962-2879
Facsimile: (415) 788-6929
mshepard@fbjgss.com

Attorneys for Defendant,
ELIJAH ARMSTRONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIJAH ARMSTRONG, NINO CHINDAVANH, and JAYDEN RUCKER,<br><br>Defendants. | **Case No. 3:26-CR-00146-TLT**<br><br>DECLARATION OF MICHAEL J. SHEPARD IN SUPPORT OF MOTION FOR ORDER PERMITTING DEFENDANT TO REVIEW DISCOVERY ON COMPUTER |

I, Michael J. Shepard, declare and state as follows:

1. I have been appointed by the court as counsel for defendant Elijah Armstrong.
2. After he was ordered to be detained pre-trial, the United States Marshal sent Mr. Armstrong to the San Francisco County Jail, and he continues to be held there.
3. The discovery produced to date is voluminous -- more than 200 gigabytes of data. Although I have met with Mr. Armstrong numerous times to show him portions of the discovery, there is far more discovery that merits review than I can efficiently display to Mr. Armstrong.
4. Unlike some facilities, San Francisco County Jail does not have a tablet program for review of discovery by defendants. Rather, portions of the discovery can be loaded onto a thumb drive and accessed by defendants on computers at the jail. To allow Mr.

Armstrong to access discovery in this fashion, the Sheriff's Department requires a court order.

5. An official at the jail sent a draft of the required order, which I have turned into the proposed order that accompanies this motion, with the only changes being those reflecting that Mr. Armstrong's case is in federal rather than state court.

Dated: August 26, 2026

Respectfully Submitted,

______________________________

Michael J. Shepard
FARMER BROWNSTEIN JAEGER GOLDSTEIN
SIEGEL & SHEPARD LLP
155 Montgomery Street, Suite 301
San Francisco, CA 94104
Attorney for Defendant, Elijah Armstrong